UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 03, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Anhtuan Pham, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-19-357 |
| | § | |
| Diaz and Associates, Inc., | § | |
| | § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised by the parties that they have settled, this case is dismissed with prejudice.

2. By June 20, 2019, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

4. The May 6, 2019, conference is cancelled. (7)

Signed on May __3__, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge