| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 24, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Anhtuan Pham, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-19-357 |
| Diaz and Associates, Inc., | § § § | |
| Defendant. | § | |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on June 24, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge